# IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 25-03012-01-CR-MDH |
| ) | |
| RICHARD JASMIN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pursuant to governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, Defendant's request for a competency examination and determination of mental competency (Doc. 17) was referred to the United States Magistrate Judge for preliminary review under § 636(b), Title 28, United States Code.

The Magistrate Judge ordered that Defendant undergo a psychiatric examination. After reviewing the psychiatric report and conducting a competency hearing, the Magistrate Judge submitted a report and recommendation to the undersigned. (Doc. 29). Neither party filed exceptions to the report and recommendation and the time to do so has expired. As such, the report and recommendation is ripe for ruling.

After careful review of the record before the Court, the Court adopts and incorporates the findings and recommendations of the United States Magistrate Judge. The sole unopposed expert opinion in this case concluded that Defendant is currently "suffering from a severe mental illness[,]" and "appears to be incompetent to stand trial, and unable to proceed with the current case against him[,]" and thus recommends that Defendant be committed for competency restoration.

Based on the expert opinion, the Court finds that Defendant is presently suffering from a mental disease or defect that would render him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

It is **THEREFORE ORDERED** that the report and recommendation of the United States Magistrate Judge (Doc. 29) is **ADOPTED and incorporated herein**.

**IT IS FURTHER ORDERED** that Defendant is declared incompetent to stand trial pursuant to 18 U.S.C. § 4241 and it is further **ORDERED** that Defendant be remanded to the custody of the Attorney General pursuant to Section 4241(d) for hospitalization and treatment in a suitable facility for a reasonable period of time, not to exceed four months.

**IT IS SO ORDERED.**

Dated: July 8, 2025            */s/ Douglas Harpool*
                                           **DOUGLAS HARPOOL**
                                           **UNITED STATES DISTRICT JUDGE**