**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-03012-01-CR-S-MBB |
| | ) | |
| RICHARD JASMIN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This case is before the Court on Magistrate Judge David P. Rush's Report and Recommendation. (**Doc. 70**). The Court ADOPTS the Report and Recommendation.

On February 10, 2025, Defendant's counsel moved for determination of competency under 18 U.S.C. § 4241. (**Doc. 17**). Alicia Gilbert, PhD, completed a psychiatric report and opined that Defendant was incompetent. (**Doc. 24**, p. 21). On July 8, 2025, this Court found Defendant incompetent to stand trial and remanded him to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d) for restorative treatment. (**Doc. 30**, p. 2). Between December 14, 2025, and April 15, 2026, Miriam Kissin, Psy.D., evaluated Defendant. (**Doc. 44**, pp. 1-2). On April 30, 2026, the Court received Dr. Kissin's psychological report. (***Id.***). Dr. Kissin found Defendant was not restored to competency and opined treatment with antipsychotic medications would possibly mitigate Defendant's psychotic symptoms. (***Id.*** at pp. 14-20). Dr. Kissin included a treatment plan, created by Dean Cutillar, DO, in her report. (***Id.*** at pp. 21-24). Dr. Kissin further opined if the Court does not order the involuntarily administration of antipsychotic medication, then Defendant cannot be restored to competency in the foreseeable future. (***Id.*** at p. 19). Defendant has repeatedly refused voluntary psychiatric treatment and antipsychotic medication.

(**Doc. 70**, pp. 5-6, 12-13). On May 26, 2026, the Government moved for Involuntary Medication of Defendant in Order to Restore His Competency to Stand Trial. (**Doc. 48**).

On August 17, 2026, Judge Rush held a *Sell* hearing. (**Doc. 69**); ***Sell v. United States***, 539 U.S. 166 (2003). During this hearing, the Government moved to admit Dr. Gilbert's and Dr. Kissin's reports. (***Id.*** at p. 4, *citing* **Doc. 24** *and* **Doc. 44**). The Government stipulated that the authors of these reports would attest in conformity with the facts and opinions contained therein. (***Id.***). Defendant's attorney concurred in the stipulation and did not object to admitting the reports. (***Id.***). The parties presented no further testimony, evidence, or argument. (***Id.*** at pp. 1-6). On September 24, 2026, Judge Rush issued a Report and Recommendation. (**Doc. 70**). He recommended granting the Government's motion to involuntarily administer antipsychotic medication to Defendant to render him competent to stand trial. (***Id.*** at p. 15). He recommended administering medication in accordance with Dr. Cutillar's treatment plan. (***Id.***, *citing* **Doc. 44**). He recommended committing Defendant to the custody of the Attorney General under 18 U.S.C. § 4241(d)(2)(A) for six months or until Defendant's mental condition improves, whichever occurs first. (***Id.***). Objections to the Report and Recommendation were due on or before October 8, 2026. (***Id.***). Defendant did not file an objection.

After an independent review of the record and the applicable law, it is **ORDERED** that the Report and Recommendation (**Doc. 70**) is **ADOPTED** in full and attached to and made part of this Order.

It is further **ORDERED** that the Government's motion (**Doc. 48**) to involuntarily administer antipsychotic medication to restore competency is **GRANTED**. Defendant shall be treated pursuant to Dr. Cutillar's treatment plan. (**Doc. 44**, pp. 21-24).

It is further **ORDERED** that Defendant be, and is hereby, committed to the custody of the Attorney General under 18 U.S.C. § 4241(d)(2)(A) for an additional reasonable period of time, not to exceed six months, or until his mental condition is so improved that the proceedings may go forward, whichever is earlier.

**IT IS SO ORDERED.**

*/s/ Megan Blair Benton*
MEGAN BLAIR BENTON, JUDGE
UNITED STATES DISTRICT COURT

Dated: October 28, 2026